UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LYDIA H. CRAYTON and ANDRAE
CRAYTON,

      **Plaintiffs,**

v.                                       Case No:   6:19-cv-1201-Orl-40EJK

U.S. BANK NATIONAL
ASSOCIATION, PFG LOANS, INC.,
PROVIDENT FUNDING ASSOCIATES,
L.P., KIM DOYEL, DEREK ADAMS, S.
CONTRERAS and KAITLYN E.
ARNOLD,

      **Defendants.**
_____/

**ORDER**

This matter comes before the Court upon review of Plaintiffs' Response to the Court's September 30, 2019 Order to Show Cause why the case should not be dismissed for lack of subject matter jurisdiction. (Doc. 33.) Plaintiffs have still not properly alleged the citizenship of Defendant Provident Funding Associates, L.P. (Doc. 33 at 3.) "[A] limited partnership is a citizen of each state in which **any of its partners, limited or general, are citizens**." *Rolling Greens, MHP, L.P. v. Comcast SCH Holdings, L.L.C.*, 374 F.3d 1020, 1021 (11th Cir. 2004) (per curiam) (emphasis added). As to Provident Funding Associates, L.P., Plaintiffs must allege the citizenship of each of Provident Funding Associates, L.P.'s partners, whether they are corporations or natural persons. Plaintiff's response (Doc. 33) has failed to do so.

Accordingly, Plaintiffs are **ORDERED** on or before **November 1, 2019,** to file a supplemental response to the Order to Show Cause (Doc. 29) properly alleging the citizenship of Defendant, Provident Funding Associates, L.P.

Failure to file a timely response or to properly allege citizenship may result in a recommendation by the undersigned that the case be dismissed for lack of subject matter jurisdiction.

**DONE** and **ORDERED** in Orlando, Florida on October 18, 2019.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties